IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HAROLD A. CALDWELL,            )
                               )
          Plaintiff,           )
                               )
     v.                        )      1:12CV586
                               )
CABARRUS COUNTY JAIL,          )
                               )
          Defendant(s).        )

**ORDER**

On June 21, 2012, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) Plaintiff did not file any timely objections, but belatedly filed a document that the Court will treat as an objection to the Recommendation. (Doc. 9.)[1]

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

---

[1] To the extent Plaintiff's filing constitutes a request for an indefinite stay, the Court finds no good cause.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint (Doc. 2) be, and the same is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 2nd day of April, 2013.

/s/ William L. Osteen, Jr.
United States District Judge

-2-